```
 1  ADAM GORDON
    United States Attorney
 2  JANAKI G. CHOPRA
    JOSEPH S. SMITH
 3  Cal. Bar Nos: 272246 / 2001088
    Assistant U.S. Attorneys
 4  Office of the U.S. Attorney
    880 Front Street, Room 6293
 5  San Diego, CA 92101
    (619) 546-8817/8299
 6  janaki.chopra@usdoj.gov
    joseph.s.smith@usdoj.gov
 7  Attorneys for the United States
```

FILED
Jan 21 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ SusanNyamanjiva   DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> BRETT DAVID ROSEN (1), <br>    aka Brett Hackspacher, <br> DEBORAH RACHEL ROSEN (2), <br>    aka Deborah Rachel Braun, <br> RB CAPITAL PARTNERS, INC. (3), <br><br> Defendants. | Case No.: 26cr0192-DMS <br><br> **MOTION AND ORDER TO UNSEAL INDICTMENT AND ARREST WARRANTS** |

The United States of America, by and through its counsel, Adam Gordon, United States Attorney, and Janaki G. Chopra and Joseph S. Smith, Assistant United States Attorneys, hereby moves the Court to enter an order unsealing the Indictment and Arrest Warrants in the above-captioned matter.

//

//

Defendants BRETT DAVID ROSEN and DEBORAH RACHEL ROSEN were arrested on the Indictment on January 21, 2026, and have been booked into custody. They are expected to be arraigned in the Southern District of California today. Given their arrest, and in anticipation of their arraignment, the United States moves for unsealing of the Indictment and related arrest warrants at this time.

DATED: January 21, 2026.                Respectfully submitted,

ADAM GORDON
United States Attorney

*Janaki G. Chopra*
JANAKI G. CHOPRA
JOSEPH S. SMITH
Assistant U.S. Attorneys

**SO ORDERED.**

DATED: January 21, 2026.

*Barbara L. Major*
HON. BARBARA L. MAJOR
United States Magistrate Judge